

FILED

02/15/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 22-0052

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## OP 22-0052

KEITH E. DOYLE,

       Petitioner,

v.

                        O R D E R

STATE OF MONTANA,

       Respondent.

Keith E. Doyle has filed a pleading, titled "Constitutional Challenge Under M. R. Civ. P. 5.1 to MCA 46-23-1024(1)(b)," with this Court.

Doyle must file a motion for leave with the Clerk of the Supreme Court, pursuant to this Court's July 2, 2019 Order, before seeking further relief. Doyle has not sought leave of court before filing this pleading. Therefore,

IT IS ORDERED that Doyle's pleading is DISMISSED.

The Clerk is directed to provide a copy of this Order to all parties.

DATED this 15th day of February, 2022.

_____

_____

_____

_____

_____
                 Justices

FILED

FEB 1 5 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana